AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

RHONDA BAIRD,

PLAINTIFF PRO SE

**SUMMONS IN A CIVIL CASE**

V.

DAVID HOLWAY, PRESIDENT NATIONAL
ASSOCIATON OF GOVERNMENT
EMPLOYEES, ET AL

CASE NUMBER 1:06CV01985

JUDGE: John D. Bates

DECK TYPE: Labor/ERISA (non-employment)

DATE STAMP: 11/20/2006

TO: (Name and address of Defendant)

DAVID HOLWAY
NAGE
159 BURGIN PARKWAY
QUINCY, MA 02169-4213

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF' PRO SE (name and address)

RHONDA BAIRD
13615 LAYHILL ROAD
SILVER SPRING, MD 20906

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON        NOV 20 2006
CLERK                             DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  3-15-07 |
| NAME OF SERVER (PRINT)  ROBERT GORCZYCA | TITLE  PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: __OFFICE OF N.A.G.E.__
__159 BURGIN PARKWAY QUINCY MA.__

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL  $60 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __3-15-07__    __Robert Gorczyca__ (Signature of Server)

__14 JUNIPER LANE FRAMINGHAM MA__
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

RHONDA BAIRD,

PLAINTIFF PRO SE

**SUMMONS IN A CIVIL CASE**

V.

*David Holway et al*

DWAYNE JEFFERS, OFFICER AND CHIEF STEWARD, NATIONAL ASSOCIATON OF GOVERNMENT EMPLOYEES LOCAL R3-77

CASE NUMBER   1:06CV01985

JUDGE: John D. Bates

DECK TYPE: Labor/ERISA (non-employment)

DATE STAMP: 11/20/2006

TO: (Name and address of Defendant)

DWAYNE JEFFERS
NAGE LOCAL R3-77
1200 K STREET, NW
WASHINGTON D.C. 20005
(AS AN OFFICER)

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF' ~~_____~~ *Pro se* (name and address)

RHONDA BAIRD
13615 LAYHILL ROAD
SILVER SPRING, MD 20906

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                            NOV 20 2006
_____                    _____
CLERK                                                DATE

*[signature]*
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE March 15, 2007 |
| NAME OF SERVER (PRINT) Stuart E. Bernsen | TITLE Individual |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Richard Petta  Place where served: 1200 K St. NW, Washington DC 20005

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL 0 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  March 15, 2007         /s/ Stuart E. Bernsen
              Date                    Signature of Server

10719 Kings Riding Way #102
Rockville, Maryland 20852
                Address of Server

RECEIVED
APR - 9 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

RHONDA BAIRD,

PLAINTIFF PRO SE

**SUMMONS IN A CIVIL CASE**

V.

DAVID HOLWAY, ETAL

RICHARD PETTA, PRESIDENT NATIONAL
ASSOCIATON OF GOVERNMENT
EMPLOYEES LOCAL R3-77

CASE NUMBER 1:06CV01985

JUDGE: John D. Bates

DECK TYPE: Labor/ERISA (non-employment)

DATE STAMP: 11/20/2006

TO: (Name and address of Defendant)

RICHARD PETTA
NAGE LOCAL R3-77
1200 K STREET, NW
WASHINGTON D.C. 20005
(AS AN OFFICER)

PRO SE

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ~~~~~ (name and address)

RHONDA BAIRD
13615 LAYHILL ROAD
SILVER SPRING, MD 20906

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON    NOV 20 2006
CLERK                         DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | March 15, 2007 |
| NAME OF SERVER (PRINT) Stuart E. Bernsen | TITLE Individual |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. (Dwayne Jeffers) Place where served: 1200 K St. NW, Washington DC 20005

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | 0 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on March 15, 2007
Date

Signature of Server: *Stuart E. Bernsen*

10719 Kings Riding Way #702
Rockville, Maryland 20852
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.