UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RHONDA N. BAIRD,** *pro se*,

    **Plaintiff,**

        v.

**DAVID HOLWAY, et al.,**

    **Defendants.**

Civil Action No. 06-1985 (JDB)

## ORDER

On March 20, 2007, the Court entered an order pursuant to Rule 4(m) of the Federal Rules of Civil Procedure requiring plaintiff either to file proof that the defendants had been served with the summons and complaint, or to provide the Court with a written explanation as to why service of process had not been completed. Dkt. #2. According to the Return of Service docketed on April 9, 2007, defendants were served with the summons and complaint on March 15, 2007, and their answer to the complaint was due on April 4, 2007. Defendants have neither filed an answer to the complaint nor sought an extension of time to do so.

The Court will therefore order that defendants answer or otherwise respond to the complaint within twenty (20) calender days of this order, by not later than May 2, 2007. Failure to do so could subject defendants to the entry of default against them. See Fed. R. Civ. P. 55(a). Accordingly, it is this 12th day of April, 2007, hereby

**ORDERED** that defendants shall answer or otherwise respond to plaintiff's complaint within twenty (20) days of this Order, by not later than May 2, 2007.

**SO ORDERED**.

/s/
**JOHN D. BATES**
**United States District Judge**

Date:   April 12, 2007

*Copies to*:

Rhonda N. Baird
13615 Layhill Road
Silver Spring, MD 20906
    *Pro se*

David Holway
National Association of Government Employees
159 Burgin Parkway
Quincy, MA 02169
    *Defendant*

Richard Petta
NAGE Local R3-77
1200 K Street, NW
Washington, DC 2005
    *Defendant*

Dwayne Jeffers
NAGE Local R3-77
1200 K Street, NW
Washington, DC 20005
    *Defendant*