UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RHONDA N. BAIRD, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Case No. 1:06CV01985 (JDB) |
| | ) |
| DAVID HOLWAY, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.6, the undersigned attorney hereby submits notice of appearance as counsel for the defendants in the above-captioned matter.

Respectfully submitted,

/s/
W. Gary Kohlman (No. 177527)
Bredhoff & Kaiser, P.L.L.C.
805 15th Street, N.W., Suite 1000
Washington, D.C. 20005
(202) 842-2600

Dated: May 2, 2007

## **CERTIFICATE OF SERVICE**

The undersigned certifies that this 2nd day of May, 2007, it filed this Notice of Appearance, through the Court's ECF system and served paper copies to the following parties via overnight mail:

Rhonda N. Baird
13615 Layhill Road
Silver Spring, MD 20906

Dwayne Jeffers
1200 K Street, NW
Washington, DC 20005

Richard Petta
1200 K Street, NW
Washington, DC 20005

Robert Perry
1354 Monaco Drive
Severn, MD 21144

       /s/
        Dora V. Chen