UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RHONDA N. BAIRD, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Case No. 1:06CV01985 (JDB) |
| ) | |
| DAVID HOLWAY, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**JOINT MOTION FOR ENLARGEMENT OF TIME FOR OPPOSITION AND
REPLY BRIEFS ON DEFENDANT'S MOTION TO DISMISS**

Plaintiff, Rhonda Baird, and Defendant David Holway, by counsel, jointly request an enlargement of time of the briefing schedule on Defendant's Motion to Dismiss so that Plaintiff's opposition brief would be due on June 5, 2007 and Defendant's reply brief would be due on June 26, 2007. In support of this joint motion, the parties state the following:

1. This is the first request for extension of time by either party.

2. Defendant's Motion to Dismiss was filed on May 2, 2007. Under Local Rule 7 and Fed. R. Civ. P. 6(a) and (e), Plaintiff's opposition brief is due on May 16, 2007, and Defendant's reply brief is due on May 29, 2007.

3. Plaintiff requires an additional three weeks to respond to Defendant's motion because of her professional commitments and her responsibilities as President of NAGE Local R3-77. Therefore, Plaintiff's brief would be due in June 5, 2007, and Defendant's reply brief would be due on June 15, 2007. As a courtesy, Plaintiff has agreed to extend the time for Defendant's reply brief by seven business days, until June 26, 2007.

Therefore, the parties request that the briefing schedule be extended so that Plaintiff's opposition brief is due on June 5, 2007, and Defendant's reply brief is due on June 26, 2007.

Respectfully submitted,

___/s/ (with permission)_____          ____/s/_____
Rhonda Baird *pro se*                           W. Gary Kohlman (No. 177527)
13615 Layhill Road                              Dora V. Chen (No. 485200)
Silver Spring, MD 20906                         BREDHOFF & KAISER, P.L.L.C.
                                                805 15th Street N.W., Suite 1000
                                                Washington, D.C.  20005
                                                Telephone:  (202) 842-2600
                                                Fax:  (202) 842-1888
                                                *Counsel for National Association of
                                                Government Employees and Defendant
                                                David Holway*

Dated: May 11, 2007

2

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on this 11th day of May, 2007, it filed the parties' Joint Motion for Enlargement of Time, through the Court's ECF system and served paper copies to the following parties via first-class mail:

Rhonda N. Baird
13615 Layhill Road
Silver Spring, MD 20906

Dwayne Jeffers
1200 K Street, NW
Washington, DC 20005

Richard Petta
1200 K Street, NW
Washington, DC 20005

Robert Perry
1354 Monaco Drive
Severn, MD 21144

   /s/_____
Dora V. Chen

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RHONDA N. BAIRD, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Case No. 1:06CV01985 (JDB) |
| | ) |
| DAVID HOLWAY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

The matter came before the Court on the parties' Joint Motion for Enlargement of Time.

For good cause shown,

It is **ORDERED** that the motion is **GRANTED**.

It is further **ORDERED** that Plaintiff's Opposition Brief to Defendant's Motion to Dismiss is due on or before June 5, 2007, and that Defendant's Reply Brief in Support of its Motion to Dismiss is due on or before June 26, 2007.

_____
John D. Bates
United States District Judge