UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RHONDA N. BAIRD,** *pro se*,

    Plaintiff,

    v.

**DAVID HOLWAY, et al.,**

    Defendants.

Civil Action No. 06-1985 (JDB)

## ORDER

Upon consideration of [9] the joint motion for an extension of time, it is this 11th day of May, 2007, hereby

**ORDERED** that the motion is **GRANTED**; it is further

**ORDERED** that plaintiff shall file her opposition to defendant Holway's motion to dismiss by not later than June 5, 2007; and it is further

**ORDERED** that defendant Holway shall file any reply in support of his motion to dismiss by not later than June 26, 2007.

    **SO ORDERED**.

                        /s/
                        **JOHN D. BATES**
                        **United States District Judge**

Date: May 11, 2007

*Copies to*:

Rhonda N. Baird
13615 Layhill Road
Silver Spring, MD 20906
    *Pro se*

David Holway
National Association of Government Employees
159 Burgin Parkway
Quincy, MA 02169
    *Defendant*

Richard Petta
NAGE Local R3-77
1200 K Street, NW
Washington, DC 2005
    *Defendant*

Dwayne Jeffers
NAGE Local R3-77
1200 K Street, NW
Washington, DC 20005
    *Defendant*