UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RHONDA N. BAIRD )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>DAVID HOLWAY, et al. )<br>)<br>Defendants. )<br>_____) | Case No. 06-1985 (JDB) |

### UNOPPOSED MOTION FOR ENLARGEMENT OF TIME, AND MEMORANDUM IN SUPPORT THEREOF

Plaintiff Rhonda Baird hereby moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an extension of two weeks within which to file an opposition ("Opposition Motion") to the Motion to Dismiss Defendant David Holway and National Association of Government Employees (the "Dismissal Motion"). Counsel for the defendants, Dora Chen, Esq., has indicated that the defendants, David Holway and National Association of Government Employees ("NAGE"), do not oppose this motion.

This lawsuit was initiated on November 20, 2006. On April 2, 2007, through competitive elections, the plaintiff became president of NAGE Local R3-77 (the "Local"), an affiliate of defendant NAGE. The Local represents several hundred bargaining unit employees at the Pension Benefit Guaranty Corporation ("PBGC"), plaintiff's employer. Plaintiff serves as president of the Local simultaneous with her professional duties at PBGC.

On May 11, 2007, plaintiff and defendants' counsel agreed to a schedule enlarging the time within which plaintiff will prepare and file her Opposition Motion to June 5 and the time for defendants to file a reply motion to June 26. The Court issued an order granting the enlargement of

RECEIVED
JUN - 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

time for both parties. On May 14, plaintiff was notified, via letter dated May 11, that defendant NAGE filed a petition with the Federal Labor Relations Authority ("FLRA") requesting rescission of the certificate granting Defendant NAGE exclusive representation of PBGC bargaining unit employees. *See* Attachment 1 to Declaration of plaintiff Rhonda Baird.

Plaintiff, as President of the Local, immediately began soliciting information and advice to determine what the consequences of defendants' precipitous action meant for the bargaining unit at PBGC, including unsuccessfully attempting to obtain information from defendant NAGE. Due to the unanticipated action by the defendants, the plaintiff has had to expend an enormous amount of time working to protect the interests of the bargaining unit as NAGE withdraws its representation. Plaintiff and the Local are still diligently working to address the consequences of NAGE's withdrawal. Unfortunately, adding this to plaintiff's other responsibilities means that plaintiff is unable to finalize and file her Opposition Motion. With the ongoing work necessary to minimize the adverse consequences of defendant NAGE's withdrawal, plaintiff requests an extension of two weeks to complete her Opposition Motion. Defendants' counsel has requested and plaintiff agrees to maintain the three week time for defendants to file a reply motion.

WHEREFORE, plaintiff requests an enlargement of time.

Respectfully submitted,

JUN - 4 2007

Rhonda Baird, Pro Se
Plaintiff
13615 Layhill Road
Silver Spring, MD 20906
(301) 603-1641
rnbaird64@aol.com

2

## DECLARATION OF RHONDA BAIRD

I, Rhonda Baird, hereby declare the following:

1. On April 2, 2007, through competitive elections, I became president of NAGE Local R3-77 (the "Local"), an affiliate of defendant NAGE. The Local represents several hundred bargaining unit employees at the Pension Benefit Guaranty Corporation ("PBGC"), my workplace. I serve as President of the Local simultaneous with my professional duties.

2. On May 11, 2007, defendants counsel and I agreed to a schedule enlarging the time within which I could prepare and file an Opposition Motion to June 5 and the time for defendants to file a reply motion to June 26.

3. On May 14, I was notified, via letter dated May 11, that defendant NAGE filed a petition with the Federal Labor Relations Authority requesting rescission of the certificate granting Defendant NAGE exclusive representation of PBGC bargaining unit employees. Attachment 1.

4. As President of the Local, I immediately began soliciting information and advice to determine what the consequences of defendants' precipitous action meant for the bargaining unit at PBGC, including unsuccessfully attempting to obtain information from defendant NAGE.

5. Due to the unanticipated action by the defendants, I have had to expend an enormous amount of time working to protect the interests of the bargaining unit as NAGE withdraws its representation. The Local and I are still diligently working to address the consequences of NAGE's withdrawal.

I declare under penalty of perjury under the laws of the United States of America and Washington D.C. that the foregoing is true and correct to the best of my knowledge.

| JUN - 4 2007 | /s/ Rhonda Baird |
|---|---|
| Date | Rhonda Baird |

# EXHIBIT 1



National Association of Government Employees
AFFILIATED WITH THE SERVICE EMPLOYEES INTERNATIONAL UNION

159 Burgin Parkway
Quincy, MA 02169

617.376.0220

TO: All Local R3-77 Bargaining Unit Members

FROM: David J. Holway, National President

DATE: May 11, 2007

SUBJ: NAGE's Decision to Waive Interest in PBGC Bargaining Unit

This is to notify you that the National Association of Government Employees/SEIU has informed the Federal Labor Relations Authority and the Pension Benefit Guaranty Corporation that NAGE has waived all interest in the bargaining unit employed by PBGC.

On May 11, 2007, NAGE filed a representation petition requesting the rescission of the certification dated January 29, 1999, granting NAGE exclusive representation of the bargaining unit.

Our decision to waive interest in the bargaining unit truly saddens me but given the ongoing litigation and the cost thereof we had no other choice. The resources of any labor organization are not limitless and to continue our relationship with employees of PBGC would be unfair to our other members.

www.nage.org

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 4th day of June 2007, she filed an Unopposed Motion for Enlargement of Time, Memorandum and Proposed Order and served paper copies to the following persons as indicated:

W. Gray Kohlman, Esq.
Dora V. Chen, Esq.
Bredhoff & Kaiser, P.L.L.C.
805 15th street, N.W.
Suite 1000
Washington, D.C. 20005
Telephone: (202) 842-2600
Fax: (202) 842-1888
Counsel for David Holway and National Association of Government Employees

Richard Petta
NAGE Local R3-77
1200 K Street, NW
Washington D.C. 20005

Dwayne Jeffers
NAGE Local R3-77
1200 K Street, NW
Washington D.C. 20005

_____
Rhonda Baird

3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RHONDA N. BAIRD )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>DAVID HOLWAY, et al. )<br>)<br>Defendants. )<br>_____) | Case No. 06-1985 |

ORDER

Upon consideration of the Plaintiff's Unopposed Motion for Enlargement of Time, for good cause shown, it is hereby:

ORDERED that Plaintiff's motion is GRANTED and the time for Plaintiff to respond to the Motion to Dismiss Defendant David Holway and National Association of Government Employees is extended until June 19, 2007.

FURTHER ORDERED that the time for Defendants David Holway and National Association of Government Employees to file a reply motion is extended to July 10, 2007.

SO ORDERED this _____ day of June, 2007.

_____
Honorable John D. Bates
United States District Court Judge