UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RHONDA N. BAIRD,** *pro se*,<br><br>Plaintiff,<br><br>v.<br><br>**DAVID HOLWAY, et al.,**<br><br>Defendants. | Civil Action No. 06-1985 (JDB) |

## ORDER

Upon consideration of [11] plaintiff's unopposed motion for an extension of time to respond to defendants' motion to dismiss, it is this 4th day of June, 2007, hereby

**ORDERED** that the motion is **GRANTED**; it is further

**ORDERED** that plaintiff shall file her opposition to defendants' motion to dismiss by not later than June 19, 2007; and it is further

**ORDERED** that defendants shall file any reply in support of their motion to dismiss by not later than July 10, 2007.

**SO ORDERED**.

/s/
**JOHN D. BATES**
**United States District Judge**

Date:   June 4, 2007

-1-

*Copies to*:

Rhonda N. Baird
13615 Layhill Road
Silver Spring, MD 20906
    *Pro se*

David Holway
National Association of Government Employees
159 Burgin Parkway
Quincy, MA 02169
    *Defendant*

Richard Petta
NAGE Local R3-77
1200 K Street, NW
Washington, DC 2005
    *Defendant*

Dwayne Jeffers
NAGE Local R3-77
1200 K Street, NW
Washington, DC 20005
    *Defendant*