UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RHONDA N. BAIRD, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Case No. 1:06CV01985 (JDB) |
| ) | |
| DAVID HOLWAY, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**MOTION FOR ENLARGEMENT OF TIME FOR DEFENDANT NAGE AND DAVID HOLWAY TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

Defendants David Holway and NAGE, by counsel, request an enlargement of time of two weeks to answer or respond to Plaintiff's First Amended Complaint. In support of this joint motion, Defendants state the following:

1. This is the second request for extension of time by Defendants. The first request was part of a joint motion to extend the time for Plaintiff to file her opposition brief to Defendants' Motion to Dismiss and, as a courtesy, an extension of time for Defendants to file their reply brief.

2. Instead of filing an opposition brief, on June 19, 2007, Plaintiff served Defendants' counsel an amended Complaint. Under Fed. R. Civ. P. 6(a) and (e), and 16(a), Defendants must answer or otherwise respond by July 9, 2007.

3. Plaintiff's amended complaint contains additional factual allegations concerning Defendant NAGE's decision to file a petition with the Federal Labor Relations Authority disclaiming interest in representing the bargaining unit at PBGC. The addition of these allegations requires further investigation and analysis to

    determine the type of response Defendants will file.  Therefore, counsel for Defendants require an additional two weeks, until July 23, 2007, to prepare their response.

4.    By email on June 25, 2007, *pro se* Plaintiff Baird indicated that she would consent to Defendants' request only if Defendants agreed to file an Answer and not a Motion to Dismiss.  At this juncture, Defendants have not determined the type of responsive pleading they will file.

Therefore, Defendants request an additional two weeks to answer or otherwise respond to Plaintiff's First Amended Complaint.  A proposed Order is attached.

Respectfully submitted,

_____/s/_____
W. Gary Kohlman (No. 177527)
Dora V. Chen (No. 485200)
BREDHOFF & KAISER, P.L.L.C.
805 15th Street N.W., Suite 1000
Washington, D.C.  20005
Telephone:  (202) 842-2600
Fax:  (202) 842-1888
*Counsel for National Association of Government Employees and Defendant David Holway*

Dated: June 28, 2007

2

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 28th day of June, 2007, it filed the Defendants' Motion for Enlargement of Time, through the Court's ECF system and served paper copies to the following parties via first-class mail:

Rhonda N. Baird
13615 Layhill Road
Silver Spring, MD 20906

Dwayne Jeffers
1200 K Street, NW
Washington, DC 20005

Richard Petta
1200 K Street, NW
Washington, DC 20005

Robert Perry
1354 Monaco Drive
Severn, MD 21144

                                                ___/s/_____
                                                Dora V. Chen

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RHONDA N. BAIRD, | ) |
| Plaintiff | ) ) ) |
| v. | ) Case No. 1:06CV01985 (JDB) |
| DAVID HOLWAY, *et al.*, | ) ) ) |
| Defendants. | ) ) |

### ORDER

The matter came before the Court on Defendants' Motion for Enlargement of Time.

For good cause shown,

It is **ORDERED** that the motion is **GRANTED**.

It is further **ORDERED** that Defendants must respond to Plaintiff's First Amended Complaint on or before July 23, 2007.

_____
John D. Bates
United States District Judge