UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RHONDA N. BAIRD )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>DAVID HOLWAY, et al. )<br>)<br>Defendants. )<br>_____) | Case No. 06-1985  JDB |

## UNOPPOSED MOTION FOR ENLARGEMENT OF TIME, AND MEMORANDUM IN SUPPORT THEREOF

Plaintiff Rhonda Baird hereby moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an extension of time within which to file an opposition ("Opposition Motion") to the Defendants David Holway and National Association of Government Employees' Motion to Dismiss Plaintiff's Amended Complaint (the "Dismissal Motion"). Counsel for the defendants, Dora Chen, Esq., has indicated that the defendants, David Holway and National Association of Government Employees ("NAGE"), do not oppose this motion.

This lawsuit was initiated on November 20, 2006. On April 2, 2007, through competitive elections, the plaintiff became president of NAGE Local R3-77 (the "Local"), an affiliate of defendant NAGE. The Local represents several hundred bargaining unit employees at the Pension Benefit Guaranty Corporation ("PBGC"), plaintiff's employer. Plaintiff serves as president of the Local simultaneous with her professional duties at PBGC.

Plaintiff has surgery scheduled for September 2007. She has a compressed amount of time within which to complete a significant amount of work for the Local, PBGC and in this case. Plaintiff, therefore, needs an additional amount of time to prepare and file her Opposition Motion.

RECEIVED
AUG - 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

On August 2, 2007, plaintiff and defendants' counsel agreed to a schedule enlarging the time within which plaintiff will prepare and file her Opposition Motion to September 6 and the time for defendants to file a reply motion to October 5.

WHEREFORE, plaintiff requests an enlargement of time.

Dated: 8/3/07

Respectfully submitted,

Rhonda Baird, Pro Se
Plaintiff
13615 Layhill Road
Silver Spring, MD 20906
(301) 603-1641
rnbaird64@aol.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 3rd day of August 2007, she filed an Unopposed Motion for Enlargement of Time, Memorandum and Proposed Order and served paper copies on the following persons via first class mail:

W. Gray Kohlman, Esq.
Dora V. Chen, Esq.
Bredhoff & Kaiser, P.L.L.C.
805 15th street, N.W.
Suite 1000
Washington, D.C. 20005
Telephone: (202) 842-2600
Fax: (202) 842-1888
Counsel for David Holway and National Association of Government Employees

Richard Petta
NAGE Local R3-77
1200 K Street, NW
Washington D.C. 20005

Dwayne Jeffers
NAGE Local R3-77
1200 K Street, NW
Washington D.C. 20005

_____
Rhonda Baird

## DECLARATION OF RHONDA BAIRD

I, Rhonda Baird, hereby declare the following:

1. On April 2, 2007, through competitive elections, I became president of NAGE Local R3-77 (the "Local"), an affiliate of defendant NAGE.

2. The Local represents several hundred bargaining unit employees at the Pension Benefit Guaranty Corporation ("PBGC"), my workplace. I serve as President of the Local simultaneous with my other professional duties.

3. I have surgery scheduled for September 2007, and I have a compressed amount of time within which to complete a significant amount of work for the Local, PBGC and in this case.

I declare under penalty of perjury under the laws of the United States of America and Washington D.C. that the foregoing is true and correct to the best of my knowledge.

_8/3/07_  
Date

_(signature)_  
Rhonda Baird

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RHONDA N. BAIRD )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>DAVID HOLWAY, et al. )<br>)<br>Defendants. )<br>_____) | Case No. 06-1985 |

ORDER

Upon consideration of the Plaintiff's Unopposed Motion for Enlargement of Time, for good cause shown, it is hereby:

ORDERED that Plaintiff's motion is GRANTED and the time for Plaintiff to respond to the Defendants David Holway and National Association of Government Employees' Motion to Dismiss Plaintiff's Amended Complaint is extended until September 6, 2007.

FURTHER ORDERED that the time for Defendants David Holway and National Association of Government Employees to file a reply motion is extended to October 5, 2007.

SO ORDERED this _____ day of August, 2007.

_____
Honorable John D. Bates
United States District Court Judge