UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RHONDA N. BAIRD,** *pro se*,

    Plaintiff,

        v.                                                                Civil Action No.  06-1985 (JDB)

**DAVID HOLWAY, et al.,**

    Defendants.

## ORDER

Upon consideration of [16] plaintiff's unopposed motion for an extension of time to respond to defendants' motion to dismiss, it is this 7th day of August, 2007, hereby

**ORDERED** that the motion is **GRANTED**; it is further

**ORDERED** that plaintiff shall file her opposition to defendants' motion to dismiss by not later than September 6, 2007; and it is further

**ORDERED** that defendants shall file any reply in support of their motion to dismiss by not later than October 5, 2007.

**SO ORDERED**.

                                                    /s/
                                       **JOHN D. BATES**
                                  **United States District Judge**

Date:   August 7, 2007

*Copies to*:

Rhonda N. Baird
13615 Layhill Road
Silver Spring, MD 20906
    *Pro se*

David Holway
National Association of Government Employees
159 Burgin Parkway
Quincy, MA 02169
    *Defendant*

Richard Petta
NAGE Local R3-77
1200 K Street, NW
Washington, DC 2005
    *Defendant*

Dwayne Jeffers
NAGE Local R3-77
1200 K Street, NW
Washington, DC 20005
    *Defendant*

-2-