UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RHONDA N. BAIRD, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Case No. 1:06CV01985 (JDB) |
| ) | |
| DAVID HOLWAY, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Attorney W. Gary Kohlman of the law firm of Bredhoff & Kaiser, P.L.L.C., 805 Fifteenth Street, N.W., Suite 1000, Washington, D.C., 20005, on behalf of Defendants David Holway, et al., hereby requests the withdrawal of appearance of Dora V. Chen pursuant to Local Rule 83.6(b).  Attorney Chen is no longer practicing at Bredhoff & Kaiser.  Attorney Kohlman is to remain attorney of record.

Respectfully submitted,

_____s/W. Gary Kohlman_____
W. Gary Kohlman (No. 177527)
Attorney for Defendants
Bredhoff & Kaiser, P.L.L.C.
805 Fifteenth Street, N.W., Suite 1000
Washington, D.C.  20005-2207
Phone: (202) 842-2600
Fax: (202) 842-1888

October 3, 2007