# United States District Court
# For the District of Columbia

Rhonda N. Baird

        Plaintiff(s)      )    **APPEARANCE**

        vs.      )    CASE NUMBER   06-1985

David Holway, et al.

        Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of   Abigail V. Carter   as counsel in this
(Attorney's Name)

case for:   Defendants David Holway, et al.
(Name of party or parties)

October 3, 2007
Date

_[signature: Abigail V. Carter]_
Signature

474454
BAR IDENTIFICATION

Abigail V. Carter
Print Name

805 15th Street, N.W. Suite 1000
Address

Washington, D.C.   20005
City   State   Zip Code

202-842-2600
Phone Number