**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| RHONDA N. BAIRD, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Case No. 1:06CV01985 (JDB) |
| ) | |
| DAVID HOLWAY, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

### MOTION FOR ENLARGEMENT OF TIME FOR DEFENDANTS NAGE AND DAVID HOLWAY TO FILE THEIR REPLY IN SUPPORT OF THE MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT

Defendants David Holway and NAGE, through counsel, request an enlargement of time of two weeks, from Friday, October 5, 2007 to Friday, October 19, 2007, to file a reply in support of their Motion to Dismiss Plaintiff's Amended Complaint. In support of this Motion, Defendants state the following:

1. On July 23, 2007, Defendants Holway and NAGE filed a Motion to Dismiss Plaintiff's Amended Complaint (d/e 15). On August 3, 2007, Plaintiff filed an unopposed Motion for Extension of Time whereby Plaintiff's opposition brief would be due on September 6, 2007 and Defendants' reply would be due on October 5, 2007 (d/e 16). This Court granted that motion on August 7, 2007 (d/e 17). Consistent with that schedule, Plaintiff filed her Opposition brief on September 6, 2007.

2. Counsel with primary responsibility for drafting Defendants' Motion to Dismiss and the Reply in support, Dora Chen, has recently left Bredhoff & Kaiser. (A Notice of Withdrawal for Ms. Chen has been filed today.) As a result of Ms. Chen's departure, this case has been reassigned to another attorney, Abigail Carter. A Notice of Appearance on

behalf of Ms. Carter has been filed today. Because Ms. Carter was only just assigned to this case, she will need additional time to familiarize herself with the facts so as to draft Defendants' Reply, as Ms. Chen was not able to do so before her departure.

    3.    Counsel for Defendants has attempted to contact Plaintiff Baird, who is proceeding *pro se* in this matter, so as to ascertain her position on this Motion. Ms. Baird, however, has yet to respond to Counsel's inquiry.

Therefore, Defendants request an additional two weeks, up to and including Friday, October 19, 2007, to file their Reply in Support of the Motion to Dismiss Plaintiff's Amended Complaint. A proposed Order is attached.

Respectfully submitted,

    /s/
W. Gary Kohlman (No. 177527)
Abigail V. Carter (No. 474454)
BREDHOFF & KAISER, P.L.L.C.
805 15th Street N.W., Suite 1000
Washington, D.C. 20005
Telephone: (202) 842-2600
Fax: (202) 842-1888
*Counsel for National Association of Government Employees and Defendant David Holway*

Dated: October 3, 2007

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on this 3rd day of October, 2007, it filed the Defendants' Motion for Enlargement of Time, through the Court's ECF system and served paper copies to the following parties via first-class mail:

Rhonda N. Baird
13615 Layhill Road
Silver Spring, MD 20906

Dwayne Jeffers
1200 K Street, NW
Washington, DC 20005

Richard Petta
1200 K Street, NW
Washington, DC 20005

Robert Perry
1354 Monaco Drive
Severn, MD 21144

                                                                               /s/
                                                     W. Gary Kohlman

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RHONDA N. BAIRD, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Case No. 1:06CV01985 (JDB) |
| | ) |
| DAVID HOLWAY, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

### ORDER

The matter came before the Court on the parties' Joint Motion for Enlargement of Time.

For good cause shown,

It is **ORDERED** that the motion is **GRANTED**.

It is further **ORDERED** that Defendants' Reply Brief in Support of its Motion to Dismiss is due on or before October 19, 2007.

**DATED**: October _____, 2007

_____
John D. Bates
United States District Judge