UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RHONDA N. BAIRD,** *pro se*,

    **Plaintiff,**

        v.                        Civil Action No.  06-1985 (JDB)

**DAVID HOLWAY, et al.,**

    **Defendants.**

## ORDER

Upon consideration of [15] the motion to dismiss filed by defendants David Holway and the National Association of Government Employees, the opposition and reply thereto, the entire record herein, and for the reasons identified in the Memorandum Opinion issued on this date, it is hereby **ORDERED** that the motion is **GRANTED**; and it is further **ORDERED** that the complaint is **DISMISSED** with respect to those two defendants.

    **SO ORDERED.**

                                            /s/
                                    JOHN D. BATES
                            United States District Judge

Date:  March 7, 2008