UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RECEIVED**

JUN 1 1 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| **RHONDA N. BAIRD, Pro Se** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | |
| **DAVID HOLWAY**, *et al.* ) | Case No. 06-1985 (JDB) |
| ) | |
| **Defendants.** ) | |
| ) | |

## PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE

Plaintiff submits this brief response to the Court's Order to Show Cause issued on May 12, 2008. First, please note that Plaintiff has filed a Notice of Appeal of the Court's May 12, 2008 Memorandum and Order as it relates to defendants NAGE and Holway. *See* Exhibit 1. The remaining claims are against defendants Richard Petta and Dwayne Jeffers. Mr. Petta has not filed a response despite his service of filings in this action. Mr. Jeffers has filed an answer. The claims against these defendants should proceed. However, if dismissed, plaintiff will append the claims to the appeal of the Court's May 12 Order.

Respectfully submitted,

_/s/ Rhonda Baird_

Rhonda Baird, Pro Se
Plaintiff
13615 Layhill Road
Silver Spring, MD 20906
(301) 603-1641
rnbaird04@aol.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 11th day of June 2008, the foregoing Plaintiff's Order to Show Cause was served on the following persons via first class mail:

W. Gray Kohlman, Esq.
Dora V. Chen, Esq.
Bredhoff & Kaiser, P.L.L.C.
805 15th street, N.W.
Suite 1000
Washington, D.C. 20005
Telephone: (202) 842-2600
Fax: (202) 842-1888
Counsel for David Holway and National Association of Government Employees

Richard Petta
NAGE Local R3-77
1200 K Street, NW
Washington D.C. 20005

Dwayne Jeffers
NAGE Local R3-77
1200 K Street, NW
Washington D.C. 20005

_____
Rhonda Baird