UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RHONDA N. BAIRD, Pro Se ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| DAVID HOLWAY, et al. ) | |
| ) | Case No. 06-1985 (JDB) |
| ) | |
| Defendants. ) | |
| ) | |

## NOTICE OF APPEAL

**PLEASE TAKE NOTICE** that plaintiff does hereby appeal to the United States Court of Appeal for the District of Columbia Circuit from the Order entered on May 12, 2008 by John D. Bates, United States District Judge for the District of Columbia entering judgment in favor of defendants the National Association of Government Employees ("NAGE") and David Holway, the President of NAGE, against plaintiff Rhonda Baird pursuant to the Memorandum Opinion and Order of the District Judge setting forth the reasons for entering said judgment entered the same day.

Respectfully submitted,

_____
Rhonda Baird, Pro Se
Plaintiff
13615 Layhill Road
Silver Spring, MD 20906
(301) 603-1641
rnbaird64@aol.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 11th day of June 2008, the foregoing Notice of Appeal was served on the following persons via first class mail:

W. Gray Kohlman, Esq.
Dora V. Chen, Esq.
Bredhoff & Kaiser, P.L.L.C.
805 15th street, N.W.
Suite 1000
Washington, D.C. 20005
Telephone: (202) 842-2600
Fax: (202) 842-1888
Counsel for David Holway and National Association of Government Employees

_____
Rhonda Baird